**KRAMER LEVIN NAFTALIS & FRANKEL LLP**     Hearing Date: March 8, 2022
Adam C. Rogoff, Esq.
P. Bradley O'Neill, Esq.
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Co-Counsel for Benefit Street Partners Realty*
*Operating Partnership, L.P.*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Lee B. Hart, Esq.
201 17th Street, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050

Gary M. Freedman, Esq.
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9400
Facsimile: (305) 373-9443
*Co-Counsel for Benefit Street Partners*
*Realty Operating Partnership, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition, LLC<br><br>Debtor. | Chapter 11<br>Case No. 21-22108-RDD |
| 96 Wythe Acquisition, LLC<br><br>Plaintiff,<br><br>v.<br><br>Benefit Street Partners Realty Operating Partnership, L.P.,<br><br>Defendant. | Adversary Proceeding No. 22-07002-RDD<br><br>**APPENDIX IN SUPPORT OF PARTIAL MOTION TO DISMISS** |

Benefit Street Partners Realty Operating Partnership, L.P. ("Benefit Street", or "Lender") files this Appendix in support of its Motion to Dismiss (the "Motion") filed contemporaneously herewith. These documents constitute either (a) charts summarizing allegations in the state court and adversary proceeding or (b) state court filings or transcripts, which are publicly available. The inclusion of these exhibits is proper under Federal Rule of Civil Procedure 12(b)(6) without the need to convert this motion to one for summary judgment, as the exhibits constitute "documents that make up the record before [the Court], as well as those contained in the record before the [state court]," and thus are reviewable "without needing to convert the motion to one for summary judgment." *In re Assante*, 470 B.R. 707, 711 (Bankr. S.D.N.Y. 2012).

The documents appended include:

1. A chart comparing the allegations in the Adversary Proceeding and State Court complaints;

2. A chart showing the additional allegations in the Adversary Proceeding complaint;

3. The state court Foreclosure Answer;

4. The state court Summary Judgment Order;

5. The state court Appellate Decision;

6. Benefit Street's Brief for Plaintiff-Appellant;

7. Defendant-Respondent's Appellant Brief;

8. Reply Brief for Plaintiff-Appellant;

9. Excerpt of Transcript of Hearing in Case No. 21-22108 from March 2, 2021, pending before the United States Bankruptcy Court for the Southern District of New York; and

10. Excerpt of Transcript of Hearing in Case No.653396/2019 from February 18, 2021, pending before the Supreme Court of the State of New York, County of New York.

[SIGNATURES OF COUNSEL ON FOLLOWING PAGE]

Respectfully submitted, this 7th day of February, 2022.

    NELSON MULLINS RILEY & SCARBOROUGH, LLP

    */s/ Lee B. Hart*
    Lee B. Hart
    201 17th Street, Suite 1700
    Atlanta, Georgia 30363
    Telephone: (404) 322-6000
    Facsimile: (404) 322-6050
    Lee.Hart@nelsonmullins.com

    Gary M. Freedman
    2 South Biscayne Blvd., 21st Floor
    Miami, Florida 33131
    Telephone: (305) 373-9400
    Facsimile: (305) 373-9443
    Gary.Freedman@nelsonmullins.com

    KRAMER LEVIN NAFTALIS & FRANKEL LLP
    Adam C. Rogoff, Esq.
    P. Bradley O'Neill, Esq.
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000

    *Co-Counsel for Benefit Street Partners Realty Operating Partnership, L.P.*