**KRAMER LEVIN NAFTALIS & FRANKEL LLP**　　　　　　　Hearing Date: June 2, 2022
Adam C. Rogoff, Esq.
P. Bradley O'Neill, Esq.
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Co-Counsel for Benefit Street Partners Realty*
*Operating Partnership, L.P.*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Lee B. Hart, Esq.
201 17th Street, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050

Gary M. Freedman, Esq.
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9400
Facsimile: (305) 373-9443
*Co-Counsel for Benefit Street Partners*
*Realty Operating Partnership, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition, LLC<br><br>　　　　　　Debtor. | Chapter 11<br>Case No. 21-22108-RDD |
| 96 Wythe Acquisition, LLC<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Benefit Street Partners Realty Operating Partnership, L.P.,<br><br>　　　　　　Defendant. | Adversary Proceeding No. 22-07002-RDD<br><br>**NOTICE OF ADJOURNMENT AND**<br>**NOTICE OF HEARING** |

**PLEASE TAKE NOTICE**, that a virtual hearing will be held on June 2, 2022 at 10:00 a.m. (the "Hearing") through Zoom for Government (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) before the Honorable Robert D. Drain, to consider the *Partial Motion to Dismiss* (Docket No. 4) filed by Benefit Street Partners Realty Operating Partnership, L.P. and previously served in this adversary proceeding, and to conduct a Pre-Trial Conference in this Adversary Proceeding. The hearings on the foregoing matters have been adjourned from their prior setting on May 25, 2022.

[SIGNATURES OF COUNSEL ON FOLLOWING PAGE]

Respectfully submitted, this 19th day of May, 2022.

        NELSON MULLINS RILEY & SCARBOROUGH, LLP

        */s/ Lee B. Hart*
        Lee B. Hart
        201 17th Street, Suite 1700
        Atlanta, Georgia 30363
        Telephone: (404) 322-6000
        Facsimile: (404) 322-6050
        Lee.Hart@nelsonmullins.com

        Gary M. Freedman
        2 South Biscayne Blvd., 21st Floor
        Miami, Florida 33131
        Telephone: (305) 373-9400
        Facsimile: (305) 373-9443
        Gary.Freedman@nelsonmullins.com

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        Adam C. Rogoff, Esq.
        P. Bradley O'Neill, Esq.
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000

        *Co-Counsel for Benefit Street Partners Realty Operating Partnership, L.P.*